UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
TRUSTEES OF THE NEW YORK CITY DISTRICT :
COUNCIL OF CARPENTERS PENSION FUND, :
WELFARE FUND, ANNUITY FUND, AND : 19-CV-11891 (JMF)
APPRENTICESHIP, JOURNEYMAN RETRAINING, :
EDUCATIONAL AND INDUSTRY FUND, TRUSTEES : ORDER
OF THE NEW YORK CITY CARPENTERS RELIEF :
AND CHARITY FUND, THE CARPENTER :
CONTRACTOR ALLIANCE OF METROPOLITAN :
NEW YORK, and NEW YORK CITY DISTRICT :
COUNCIL OF CARPENTERS, :
:
　　　　　　　　　　Petitioners, :
:
　　　and :
:
:
EXCELLENCE DRYWALL LLC, :
:
　　　　　　　　　　Respondent. :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

　　　On December 30, 2019, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **January 16, 2020**. Respondent's opposition, if any, is due on **January 30, 2020**. Petitioners' reply, if any, is due **February 6, 2020**.

　　　Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight mail no later than **January 16, 2020**, and shall file an affidavit of such service with the court no later than January 17, 2020.

　　　SO ORDERED.

Dated: January 2, 2020　　　　　　　　　　　　_____
　　　　New York, New York　　　　　　　　　　　　　JESSE M. FURMAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge