UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, and
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, TRUSTEES
OF THE NEW YORK CITY CARPENTERS RELIEF
AND CHARITY FUND, THE CARPENTER
CONTRACTOR ALLIANCE OF METROPOLITAN
NEW YORK, and the NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS,

                                        Petitioners,

                -against-

EXCELLENCE DRYWALL LLC,

                                        Respondent.

19 CV 11891 (JMF)

**JUDGMENT**

---

The Petitioners having filed a petition to confirm an arbitration award (the "Petition"), and the action having come before the Court, and the Court having considered the same and ordered entry of judgment in favor of Petitioners, now therefore:

IT IS ORDERED AND ADJUDGED that the Petition is granted, the underlying arbitration award is confirmed, and judgment is entered in favor of the Petitioners and against Respondent as follows:

1. Awarding Petitioners $1,014,863.33 pursuant to the October 26, 2019 arbitration award (the "Award");

2. Awarding Petitioners $75 in costs arising out of the proceeding;

3. Awarding Petitioners $1,054 in attorneys' fees arising out of the proceeding; and

4. Awarding Petitioners $35,534.12 pre-judgment interest at the statutory rate.

The Clerk of Court is directed to close this case. SO ORDERED.

Dated: New York, New York
       March 17, 2020

By: _____
Hon. Jesse M. Furman, U.S.D.J.